1014

No. 381, Misc. COLEPAUGH v. LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Jacob A. Dickinson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 449, Misc. INGENITO v. NEW JERSEY. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 658. SHREVEPORT TELEVISION Co. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Henry B. Weaver, Jr.* and *Thomas M. Cooley, II,* for petitioner. *Solicitor General Rankin* for the Federal Communications Commission, and *W. Ervin James* for the Southland Television Co., respondents.

No. 338, Misc. NATVIG v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jean F. Dwyer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

No. 659. HONGKONG & SHANGHAI BANKING CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Martin P. Detels, Ezra G. Benedict Fox* and *Abner H. Ferguson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States.